UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENNIELE TYNER, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Civil Action No. 17-cv-06352 |
| v. ) | |
| ) | Hon. Sharon Johnson Coleman |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC, ) | Magistrate Judge Mary M. Rowland |
| ) | |
| DEFENDANT. ) | |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE**, that the above referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers. Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Stipulation/Notice of Dismissal with Prejudice herein.

Dated: October 20, 2017

                                                  Respectfully submitted,

                                                  By: */s/Celetha C. Chatman*

Celetha Chatman
**Community Lawyers Group, Ltd.**
73 W. Monroe Street, Suite 502
Chicago, IL 60603
Ph: (312) 757-1880
Fx: (312) 476-1362
cchatman@communitylawyersgroup.com

## **CERTIFICATE OF SERVICE**

I, Celetha Chatman, an attorney, hereby certify that on October 20, 2017, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: October 20, 2017**  Respectfully submitted,

By: ___/s/ *Celetha Chatman*