UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENNIELE TYNER, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>PORTFOLIO RECOVERY )<br>ASSOCIATES, LLC, )<br>)<br>DEFENDANT. ) | Civil Action No. 17-cv-06352<br><br>Hon. Sharon Johnson Coleman<br><br>Magistrate Judge Mary M. Rowland |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorney and the Defendants and Defendants attorney, that pursuant to Rule 41(a) (1) (A) (ii) of the Federal Rules of Civil Procedure, the above-titled action against the Defendants shall be and hereby is dismissed without prejudice and on the merits, with each side to bear its own fees and costs.

However, if this case is not refiled within 30 days of the filing of this stipulation, Plaintiff respectfully requests that this Honorable Court then dismiss the case with prejudice and on the merits, with each side to bear its own fees and costs.

Dated: November 2, 2017

| Counsel for Plaintiff | *Counsel for Defendant* |
|---|---|
| *s/Celetha Chatman*<br>Celetha Chatman<br>Michael Wood<br>**Community Lawyers Group, Ltd.**<br>73 W. Monroe Street, Suite 514<br>Chicago, IL 60603<br>Ph: (312)757-1880<br>Fx: (312) 265-3227<br>cchatman@communitylawyersgroup.com<br>mwood@communitylawyersgroup.com<br>*Attorneys for Plaintiff* | */s/ Avanti Bakane*<br>Avanti Bakane<br>**Gordon & Rees**<br>One North Franklin, Suite 800<br>Chicago, IL 60601<br>Ph: (312)980-6785<br>tduff@gordonrees.com |

## **CERTIFICATE OF SERVICE**

      I, Celetha Chatman, an attorney, hereby certify that on November 2, 2017, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: November 2, 2017**　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　By:　　/s/ *Celetha Chatman*

Celetha Chatman
**Community Lawyers Group, Ltd.**
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312) 757-1880
Fx: (312) 476-1362
cchatman@communitylawyersgroup.com